# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

District No.    2:11-CR-165-RLH-RJJ

vs.

Brent Edward Lovett,

Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On June 25th, 2012 Mr. Brent Edward Lovett ordered a Transcript of the hearing held on June15th, 2012, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Mr Lovett.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Mr. Lovett shall not disclose the sealed contents of the transcript to anyone other than the parties associated with this case.

DATED this **28th** day of June, 2012.

Roger L. Hunt
United States District Judge

ROBERT J. JOHNSTON

UNITED STATES MAGISTRATE JUDGE