Thomas A. Ericsson, ESQ.
Nevada Bar No. 4892
ORONOZ & ERICSSON L.L.C.
700 South 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Counsel for Brent Lovett*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:11-cr-00165-RLH-RJJ |
| Plaintiff, | |
| vs. | **ORDER TO REIMBURSE SUBPOENED WITNESS EXPENSES** |
| BRENT LOVETT, | |
| Defendant. | |

Defendant Brent Lovett has been found to be indigent in this matter. As part of his preparation for trial herein, subpoenas were issued to Brenda Molyneux and Philip M. Hart to travel to Las Vegas, Nevada, to testify. Brenda Molyneux and Philip M. Hart traveled to Las Vegas, Nevada, pursuant to their subpoenas; however, Mr. Lovett elected not to call them as witnesses.

IT IS HEREBY ORDERED that the Federal Marshalls Office reimburse: 1) Philip M. Hart a total of $582.13 for travel and related expenses incurred pursuant to subpoena in this

///

///

///

1

matter; and 2: Brenda Molyneux a total of $420.70 for travel and related expenses incurred pursuant to subpoena in this matter.

DATED this 6 day of May, 2013.

_____
DISTRICT COURT JUDGE

Submitted By:

_____
THOMAS A. ERICSSON, ESQ.
ORONOZ & ERICSSON, LLC
Nevada Bar No. 4982
700 SOUTH 3RD STREET
Las Vegas, NV 89101
*Attorneys for Defendant*