FILED

MAY 29 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-165-RLH-(GWF) |
| BRENT EDWARD LOVETT, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

In Brent Edward Lovett's Response (ECF No. 216) and Sentencing Memorandum (ECF No. 219), he opposed the criminal forfeiture money judgment. The United States of America ("United States") filed a Response to Lovett's Response and Sentencing Memorandum (ECF No. 220).

This Court found on March 4, 2013, that BRENT EDWARD LOVETT shall pay a criminal forfeiture money judgment of $4,888,842 in United States Currency to the United States pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Jury Trial Minutes, ECF No. 197; Jury Verdict, ECF No. 205; Preliminary Order of Forfeiture, ECF No. 207.

After reviewing the documents and hearing the arguments:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRENT EDWARD LOVETT a criminal forfeiture money judgment in the amount of $4,888,842 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C)

1 | and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A);
2 | and Title 21, United States Code, Section 853(p).

DATED this 29 day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE