# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00165-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for Transcripts– #227) |
| BRENT EDWARD LOVETT, | |
| Defendant. | |

Before the Court is Defendant Brent Edward Lovett's **Motion for Transcripts** (#227, filed on May 30, 2013). For good cause appearing,

IT IS HEREBY ORDERED that Defendant' Motion for Transcripts (#227) is GRANTED. IT IS ORDERED that transcripts of docket entries #87, #90, #119, #129, #137, #142, #152, #158, #164, #188, #190, #192, #194, #195, #196, #197, #215, and #226 be prepared and forwarded to the Defendant at his address of record.

Dated: June 3, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**