# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-cr-00165-RLH-GWF |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Motion for Transcripts– #227) |
| BRENT EDWARD LOVETT, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Order #234 granting Defendant's Motion for Transcripts (#227) is **WITHDRAWN**. Defendant is apparently proceeding *pro se* on appeal. As Defendant filed his Notice of Appeal (#230) before this Court could rule on the Motion for Transcripts, this Court was divested of jurisdiction and therefore, withdraws its prior order. Defendant may raise the issue before the appeals court and present the appropriate paperwork requesting transcripts at that time.

Dated: June 6, 2013.

_____
**ROGER L. HUNT
United States District Judge**