```
                                                              1

1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
2
     United States of America,   )
3              Plaintiff,        )   Case No. 2:11-cr-165-RLH-GWF
                                 )
4         vs.                    )
                                 )       ORDER TEMPORARILY
5    Brent Edward Lovett,        )       UNSEALING TRANSCRIPT
               Defendant.        )
6

7        On 7-26-13, Heather K. Newman, Court Reporter, received a

8    Transcript Order form requesting a transcript of the sealed

9    Hearing, held on 1-22-2013 from Todd M. Leventhal.

10       IT IS THE ORDER OF THE COURT that the sealed transcript

11   shall be unsealed for the limited purpose of providing a copy of

12   the transcript as requested by Todd M. Leventhal.

13       IT IS FURTHER ORDERED that the sealed transcript shall

14   thereafter be resealed, and a certified copy of the transcript

15   be delivered to the Clerk pursuant to 28, U.S.C., Section

16   753(b), until further order of this Court.

17       IT IS FURTHER ORDERED that the receiving party shall not

18   disclose the sealed contents of the transcript of the proceeding

19   to anyone other than the representatives of the parties directly

20   concerned with this case.

21       Dated this 29th day of August, 2013.

22
                                     _____
23                                   Roger L. Hunt
                                     U.S. District Judge, Senior
24

25
```