```
                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

 United States of America,    )
              Plaintiff,      )    Case No. 2:11-cr-165-RLH-GWF
                              )
        vs.                   )
                              )         ORDER TEMPORARILY
 Brent Edward Lovett,         )        UNSEALING TRANSCRIPT
              Defendant.      )
```

On 7-26-13, Heather K. Newman, Court Reporter, received a Transcript Order form requesting a transcript of the **sealed** Hearing, held on 8-27-2012, from Todd M. Leventhal.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Todd M. Leventhal.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 29th day of August, 2013.

_____
Roger L. Hunt
U.S. District Judge, Senior